1   BENJAMIN B. WAGNER
United States Attorney
2   MARK J. MCKEON
Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
Fresno, CA 93721
4   Telephone: (559) 559-4000
Facsimile: (559) 559-4099
5

6   Attorneys for the
   United States of America
7

8

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,     CASE NO. 1:12-cr-00031-AWI

13              Plaintiff,     STIPULATION TO CONTINUE
                       SENTENCING OF KIM GRAY; ORDER
14     v.                 THERON

15   KIM GRAY,             DATE: September 16, 2013
                       TIME: 10:00 a.m.
16            Defendant.    CTRM: HON. ANTHONY W. ISHII

17

18       The parties, by and through their undersigned counsel,

19 agree that the court may continue the sentencing for defendant

20 KIM GRAY from September 9, 2013, until **September 16, 2013, at**

21 **10:00 a.m.** The reason for this request is that counsel

22 //

23 //

24 //

25 //

26 //

27 //

28 //

Stipulation to Continue Sentencing
of Kim Gray

for the government will be out of the district on the currently
scheduled sentencing date.

Dated: September 3, 2013                BENJAMIN B. WAGNER
                                       United States Attorney


                              By:    /s/ Mark J. McKeon
                                     MARK J. MCKEON
                                     Assistant U.S. Attorney


Dated: September 3, 2013              /s/ E. Marshall Hodgkins
                                     E. MARSHALL HODGKINS
                                     COUNSEL FOR DEFENDANT


                           **<u>ORDER</u>**




IT IS SO ORDERED.

Dated:   September 3, 2013        _____
                                 SENIOR  DISTRICT  JUDGE